```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                      NOV 16 2012

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Martin Barajas<br><br>DEFENDANT(S). | CASE NUMBER<br><br>12-2689M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___11/20/12___, _____, at ___10:00___ ☐ a.m. / ☐ p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___11/16/12___                      _____
                                            U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Page 1 of 1