```
                                            FILED
                                   CLERK, U.S. DISTRICT COURT

                                         NOV 20 2012

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. **12-2689M** |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| **Martin Barajas** | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ___**SDCA**___ involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    (✓) the appearance of defendant as required; and/or

        B.    (✓) the safety of any person or the community.

///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   (✓) Defendant has failed to demonstrate by clear and
 3              convincing evidence that he is not likely to pose
 4              a risk to the safety of any other persons or the
 5              community.  Defendant poses a risk to the safety
 6              of other persons or the community based on:
 7              drug addiction/abuse; non-compliance;
 8              criminal history
 9              _____
10              _____
11              _____
12         B.   (✓) Defendant has failed to demonstrate by clear and
13              convincing evidence that he is not likely to flee
14              if released.  Defendant poses a flight risk based
15              on: Non-compliance; failure to
16              attend courts as directed, i.e. -- instant
17              offense allegations; foreign family ties;
18              prior escape conviction
19              _____
20
21         IT IS ORDERED that defendant be detained.
22
23    DATED:  11/20/12
```

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2